IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ENEDINA ALFARO,<br><br>Plaintiff,<br><br>v.<br><br>LITTLE AMERICA HOTEL COMPANY,<br><br>Defendant. | ORDER OF DISMISSAL WITH PREJUDICE<br><br>Case No. 2:14-cv-00310-TC<br><br>Judge Tena Campbell |

Pursuant to Stipulation of the parties and good cause appearing therefor, it is hereby ORDERED AND ADJUDGED that all Plaintiff's claims against Defendant are DISMISSED WITH PREJUDICE and on the merits.

The parties shall bear their own respective costs, expenses, and attorney's fees.

DATED this 20 day of April 2015.

BY THE COURT:

_____
Judge Tena Campbell
United States District Court Judge

APPROVED AS TO FORM:

STRINDBERG & SCHOLNICK, LLC

/s/ Erik Strindberg
Erik Strindberg
*Attorneys for Plaintiff Enedina Alfaro*

{00984450.DOC /}